United States District Court
Southern District of Texas
**ENTERED**
January 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAMELA SHARPE, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF MITCHELL DUDLEY, DECEASED, *Plaintiff,* | § § § § § | |
| V. | § § | CIVIL ACTION NO. 4:22cv4336 |
| LYFT, INC. AND FLEXDRIVE SERVICES, LLC, *Defendants.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated January 10, 2024 (Dkt. 35) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. The Court will issue a separate final judgment.

**SIGNED** at Houston, Texas this 25th day of January, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE